JS - 6

UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

WESTERN DIVISION

| | |
|---|---|
| DEMARLON J. LEWIS, | ) |
| Petitioner, | ) No. CV 14-04993-MMM (AJW) |
| vs. | ) |
| CALVIN JOHNSON, Warden, | ) JUDGMENT |
| Respondent. | ) |

**IT HEREBY IS ADJUDGED** that the petition for a writ of habeas corpus is dismissed for lack fo jurisdiction.

Dated: January 14, 2015

_____
Margaret M. Morrow
United States District Judge